UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00405-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMIE LEE FRESQUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is scheduled for **Thursday, August 12, 2010 at 4:00 p.m.**

    Dated: May 28, 2010